997 A.2d 229

SUSAN M. BUTTITTA, ETC., ET AL., PLAINTIFF–RESPONDENT, v. ALLIED SIGNAL, INC., ET AL., DEFENDANTS, AND ASBESTOS CORPORATION, LTD., DEFENDANT–PETITIONER, AND BORG–WARNER CORPORATION, DEFENDANT.

July 12, 2010.

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005263–07 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is cert & denied, with costs;  and it is further

ORDERED that the appeal filed in the within matter is dismissed.

997 A.2d 229

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. HENRY KIM, DEFENDANT–PETITIONER.

July 19, 2010.

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003863–08 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs;  and it is further

ORDERED that the appeal filed in the within matter is dismissed as moot.